IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:06cr11LS

MARGIE E. GRICE

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a), Fed. R. Crim. Pro., the government respectfully moves the Court to dismiss the indictment in the criminal cause above styled and numbered, and for cause would show that the government is satisfied of a failure of a key element of discovery through the inadvertent erasure of certain security videotapes which would otherwise constitute evidence.

Respectfully,

DUNN LAMPTON
United States Attorney

By:   s/s Jack B. Lacy, Jr.
Assistant United States Attorney
MSB No. 1757

## ORDER DISMISSING INDICTMENT

By endorsement hereon, the Court dismisses the indictment in the criminal cause above styled and numbered with prejudice.

SO ORDERED, this the  13th  day of December, 2006.

/s/ Tom S. Lee
TOM S. LEE
United States District Judge